UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD BATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV00409 JCH |
| | ) | |
| COUNTY OF ST. CHARLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the record, the Court notes that the file contains no proof of service upon nor

entry of appearance on behalf of Defendants **JOHN/JANE DOE WARD**, **JOHN/JANE DOE**

**ARMSTEAD**, **JOHN/JANE DOE POWELL**, **JOHN/JANE DOE TITTLE**, **JOHN/JANE DOE**

**NOSER**, **JOHN/JANE DOE SMITH**, **JOHN/JANE DOE DELAUM**, **JOHN/JANE DOE**

**WARNER**, **JOHN/JANE DOE RICKER**, **JOHN/JANE DOE SNEE**, **JOHN/JANE DOE**

**LYLES**, **JOHN/JANE DOE SCHROEDER**, **JOHN/JANE DOE WILLIAMS**, **JOHN/JANE**

**DOE NANSEL**, **JOHN/JANE DOE TUBBINS**, **JOHN/JANE DOE PEREZ**, **JOHN/JANE DOE**

**SCHNUR**, **JOHN/JANE DOE BRESSIE**, **JOHN/JANE DOE WILLIS**, **JOHN/JANE DOE**

**ROBINSON**, **JOHN/JANE DOE ALLEN**, **JOHN/JANE DOE AIKINS**, **JOHN/JANE DOE**

**BRAZEL**, **JOHN/JANE DOE PATTON** , **JOHN/JANE DOE KEPPLE**, **JOHN/JANE DOE**

**BRAXTON**, **JOHN/JANE DOE PEARIRA** , **JOHN/JANE DOE JONES**, **JOHN/JANE DOE**

**MCMEANANY**, **JOHN/JANE DOE CROSBY**, **JOHN/JANE DOE GONZALES**, **JOHN/JANE**

**DOE ACKIGOZ**, **JOHN/JANE DOE REMY**, **JOHN/JANE DOE REYNOLDS**, **JOHN/JANE**

**DOE EASTMAN**, **JOHN/JANE DOE BLANKENSHIP**, **JOHN/JANE DOE BUCKLES**,

**JOHN/JANE DOE COPLELAND**, **JOHN/JANE DOE MCFARLAND**, **JOHN/JANE DOE**

**LADD**, **JOHN/JANE DOE MARSDEN**, **JOHN/JANE DOE GLOVER**, **JOHN/JANE DOE SHANKS**, **JOHN/JANE DOE MORRIS**, **JOHN/JANE DOE FRANKLIN**, **JOHN/JANE DOE WALLACE**, **JOHN/JANE DOE DEMPSEY**, **JOHN/JANE DOE MCCORMICK**, **JOHN/JANE DOE MCGUIRE**, **JOHN/JANE DOE EADS**, **JOHN/JANE DOE SITTON**, **JOHN/JANE DOE SMITH**, **JOHN/JANE DOE IKE**, **JOHN/JANE DOE ZIKA**, **JOHN/JANE DOE ARMSTRONG**, **JOHN/JANE DOE COYLE**, **JOHN/JANE DOE PINKUS**, **JOHN/JANE DOE 1**, **JOHN/JANE DOE 2**, **JOHN/JANE DOE 3**, **JOHN/JANE DOE 4**, or **JOHN/JANE DOE 5**.  Because it does not appear that service of the complaint has been made timely, within 120 days after the filing of the complaint on **March 4, 2011**,

IT IS HEREBY ORDERED that, pursuant to Fed.R.Civ.P. 4(m), Plaintiff shall show cause in writing, within fourteen (14) days of the date of this Order, why this action should not be dismissed without prejudice as to the defendants named above for lack of timely service.

Dated this  16th  day of August, 2011.

/s/Jean C. Hamilton

UNITED STATES DISTRICT JUDGE